Sarah R. London (State Bar No. 267083)
Simon Grille (State Bar No. 294914)
Andrew Kaufman (*Pro Hac Vice* forthcoming)
Isabel Velez (State Bar No. 359574)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: slondon@girardsharp.com
Email: sgrille@girardsharp.com
Email: akaufman@girardsharp.com
Email: ivelez@girardsharp.com

*Attorneys for Plaintiff Jane Doe GS-0001*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JANE DOE GS-0001<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No.: 5:26-cv-11991<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED UNDER PSEUDONYM** |

# [PROPOSED] ORDER

Having read and considered Plaintiff Jane Doe ("Plaintiff")'s Motion for Protective Order and Leave to Proceed Under Pseudonym ("Motion"), the Court **GRANTS** the Motion. Plaintiff has demonstrated that her need for anonymity in this case outweighs any prejudice to the opposing parties and the public's interest in knowing her identity. *Does I Thru XXIII v. Advanced Textile Corp*., 214 F.3d 1058, 1068 (9th Cir. 2000). The following orders and restrictions shall apply to all proceedings in this matter:

1) When filing pleadings, motions, or other documents with the Court, the parties shall use the pseudonym Jane Doe to identify Plaintiff. Exhibits that contain the true name of Plaintiff or that contain any other identifying information shall be redacted before filed.

2) The true name of Plaintiff shall remain confidential, and no party or their representatives shall publicly identify this individual as a party or witness in the case. Defendant shall provide a copy of this Order to other persons who are involved in the defense of the case and who have a need to know the true name of Plaintiff. Defendant shall have the duty to reasonably ensure that such personnel comply with the terms of this Order and shall be responsible upon breach of such duty.

**IT IS SO ORDERED.**

Date:______________, 2026

________________________________________

United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

I also certify that I will cause the foregoing document to be served on Defendant simultaneously with service of the complaint in this action.

By: /s/ *Sarah London*
Sarah London